Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

*Attorneys for Defendant
Constitution State Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA ALANIZ; VIVIANA DUARTE; SANDRA FARIAS-VALDOVINOS; GUILLERMINA ALVEREZ OCEGUERA, <br><br> Plaintiffs, <br><br> vs. <br><br> CONSTITUTION STATE SERVICES LLC, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I though X, inclusive, <br><br> Defendants. | CASE NO. 2:23-cv-01779-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CONSTITUTION STATE SERVICES LLC TO FILE ITS ANSWER TO PLAINTIFFS' COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiffs Brenda Alaniz, Viviana Duarte, Sandra Farias-Valdovinos, and Guillermina Alverez Oceguera ("Plaintiffs"), and Defendant Constitution State Services LLC ("CSS") (Plaintiffs and CSS, collectively, the "Parties"), hereby stipulate and agree that the time for CSS to file and serve its Answer to Plaintiffs' Complaint, which is currently due November 9, 2023, shall be extended to November 22, 2023.

This is the first request for extension of time regarding CSS's Answer to Plaintiffs' Complaint.

Good cause for this extension exists because the Parties are discussing amendment of Plaintiffs' Complaint.

Dated this 7th day of November 2023

Dated this 7th day of November 2023

**LADAH LAW FIRM**

**REISMAN SOROKAC**

*/s/ Carl R. Houston, Esq.*
Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
Carl R. Houston, Esq.
Nevada Bar No. 11161
517 South Third Street
Las Vegas, Nevada 89101
Telephone: 702-252-0055
*Attorneys for Plaintiffs*

*/s/ Louis E. Garfinkel, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No, 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
*Attorneys for Defendant*
*Constitution State Services LLC*

IT IS SO ORDERED.

_____

DATED:  11/9/2023

2

*2:23-cv-01779-RFB-BNW*
*Alaniz, et al., v. Constitution State Services, LLC*

*Respectfully submitted by*:

**REISMAN SOROKAC**

<u>*/s/ Louis E. Garfinkel, Esq.*</u>
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No, 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone:  702-727-6258
*Attorneys for Defendant*
*Constitution State Services LLC*