Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: lgarfinkel@rsnvlaw.com
Email: jhagins@rsnvlaw.com

Dylan P. Todd, Esq.
Nevada Bar No. 10456
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone:  725-248-2900
Facsimile:  725-248-2907
Email: dylan.todd@clydeco.us

*Attorneys for Defendant*
*Indian Harbor Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA ALANIZ; VIVIANA DUARTE; SANDRA FARIAS-VALDOVINOS; GUILLERMINA ALVEREZ OCEGUERA,<br><br>Plaintiffs,<br><br>vs.<br><br>INDIAN HARBOR INSURANCE COMPANY; DOES I through X, inclusive and ROE BUSINESS ENTITIES I though X, inclusive,<br><br>Defendants. | CASE NO.  2:23-cv-01779-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

1

The parties, by and through their undersigned counsel, and in accordance with LR IA 6-2, and LR 7-1, hereby stipulate and agree that this litigation be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| DATED this 8th day of May 2024. | DATED this 6th day of May 2024. |
| LADAH LAW FIRM | REISMAN SOROKAC |
| */s/Carl R. Houston, Esq.* | */s/Jody W. Hagins, Esq.* |
| RAMZY P. LADAH, ESQ. | LOUIS E. GARFINKEL, ESQ. |
| Nevada Bar No. 11405 | Nevada Bar No. 3416 |
| CARL R HOUSTON, ESQ. | JODY W. HAGINS, ESQ. |
| Nevada Bar No. 11161 | Nevada Bar No. 11983 |
| 517 South Third Street | 8965 South Eastern Avenue, Suite 382 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89123 |
| Telephone: 702-252-0055 | Telephone: 702-727-6258 |
| *Attorneys for Plaintiffs* | |
| | CLYDE & CO US LLP |
| | */s/Dylan P. Todd, Esq.* |
| | Dylan P. Todd, Esq. |
| | Nevada Bar No. 10456 |
| | 7251 West Lake Mead Boulevard, Suite 430 |
| | Las Vegas, Nevada 89128 |
| | Telephone: 725-248-2900 |
| | *Attorneys for Defendant* |
| | *Indian Harbor Insurance Company* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: May 10, 2024.

2